FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -5 PM 3: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INNOVENTION TOYS, LLC<br><br>Plaintiff<br><br>v.<br><br>MGA ENTERTAINMENT, INC. and<br>WAL-MART STORES, INC.<br><br>Defendants. | CIVIL ACTION NO.<br>**07-6510**<br><br>Jury Trial Demanded **SECT. F  MAG. 5** |

## COMPLAINT

### The Parties

1.  Plaintiff, Innovention Toys, LLC. ("Innovention"), is a limited liability company organized under the laws of Louisiana and having a place of business at 25441 Rearwood Court, Denham Springs Louisiana 70726.

2.  On information and belief, Defendant MGA Entertainment, Inc. ("MGA") is a California corporation having a place of business at 16300 Roscoe Blvd., Suite 150, Van Nuys, California 91406.

3.  On information and belief, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") is a Delaware corporation having a headquarters at 702 S.W. 8th Street, Bentonville, Arkansas 72716

- 1 -

Fee $350
Process_Cal(Sons (MGA)
X Dktd_____
___ CtRmDep__895220v.1
___ Doc. No._____

and having numerous retail stores, including stores in this judicial district, such as those located at 1901 Tchoupitoulas Street, New Orleans, Louisiana 70130 and 4001 Behrman, New Orleans, Louisiana 70114.

### Jurisdiction and Venue

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1338(a).

5. As alleged herein, Defendants have infringed (literally and/or by equivalents), and are continuing to infringe, Innovention's patent rights by making, using, importing, selling, and/or offering to sell products covered by one or more patent claims – or by performing any method claimed therein – within the United States, and/or by contributing to or inducing such infringement.

### Count I
### Infringement of U.S. Patent No. 7,264,242

6. Innovention repeats and realleges the foregoing paragraphs.

7. Innovention is the owner of United States Patent No. 7,264,242 (the "'242 patent") and has the right to sue on the '242 patent. A copy of the '242 patent is attached as Exhibit A.

8. Defendant MGA has infringed (literally and/or by equivalents), and is continuing to infringe, the '242 patent by making, using, importing, selling, and/or offering to sell products covered by one or more of the '242 patent claims – or by performing any method claimed therein – within the United States, and/or by contributing to or inducing such infringement.

9. Defendant Wal-Mart has infringed (literally and/or by equivalents), and is continuing to infringe, the '242 patent by making, using, importing, selling, and/or offering to sell products covered by one or more of the '242 patent claims – or by performing any method claimed therein – within the United States, and/or by contributing to or inducing such infringement.

10. At least Defendant MGA's infringement of the '242 patent, is and has been willful, has caused and will continue to cause Innovention to suffer substantial damages, and has caused and will continue to cause Innovention to suffer irreparable harm for which there is no adequate remedy at law.

### Count II
### Recovery Under 35 U.S.C. §154(d)

11. Innovention repeats and realleges the foregoing paragraphs.

12. The invention as claimed in the '242 patent is substantially identical to the invention as claimed in the published patent application for the '242 patent.

13. Prior to the issuance of the '242 patent, at least Defendant MGA had actual notice

of the published patent application for the '242 patent.

14. With actual notice of the published patent application for the '242 patent, and before the issuance of the '242 patent on September 4, 2007, at least Defendant MGA violated Innovention's rights under 35 U.S.C. §154(d), by making, using, selling, offering for sale and/or importing the invention as claimed in the published patent application for the '242 patent – or by performing any method claimed therein – within the United States, and/or by contributing to or inducing such violations.

15. The violation of Innovention's rights under 35 U.S.C. §154(d) – on the part of Defendant MGA, at least – was willful and caused Innovention to suffer substantial damages.

WHEREFORE, Innovention requests that this Court:

1. enjoin Defendants and their affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and all those acting for any of them or on their behalf, or acting in concert with them, from further infringement of any and all of the '242 patent;

2. award Innovention compensatory damages – including damages based on violations of Innovention's rights under 35 U.S.C. §154(d) – and costs, with prejudgment interest;

3. award Innovention treble damages for the willful infringement of the '242 patent;

4. award Innovention its reasonable attorneys' fees under 35 U.S.C. §285; and

5. award Innovention such other relief as the Court deems just and proper.

## JURY DEMAND

Innovention demands a trial by jury on all issues so triable.

Respectfully submitted,

INNOVENTION TOYS, LLC

October 5, 2007          by:   _____
Stephen G. Bullock, 3648
Barry W. Ashe, 14056
Mary Bubbett Jackson, 29110
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Tel: (504) 581-3200
Fax: (504) 581-3361 (Fax)

Of Counsel:

Matthew B. Lowrie
Robert J. Silverman
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7000
Fax: (617) 395-7070

895220v.1