UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INNOVENTION TOYS, LLC, | ) |
| | ) Civ. A. No. 07-6510 |
| Plaintiff, | ) |
| | ) Section F |
| vs. | ) Judge Feldman |
| | ) |
| MGA ENTERTAINMENT, INC., et al., | ) Mag. Div. 5 |
| | ) Judge Chasez |
| Defendants | ) |

**DEFENDANTS MGA ENTERTAINMENT INC.'S MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY**

Defendant MGA Entertainment Inc., pursuant to Fed. R. Civ. P. 56, moves for summary judgment of invalidity of claims 15-22, 24-26, 28, 31-33, 39-41, 43-44, 48-50, and 53-54 ("Asserted Claims") of U.S. Patent No. 7,264,242.

Defendant MGA Entertainment Inc. is entitled to summary judgment because various prior art references disclosed the limitations of the Asserted Claims prior to the earliest priority date of the '242 patent.

In support of this Motion, MGA relies on the supporting Memorandum and the Statement of Undisputed Material Facts pursuant to L.R. 56.1.  MGA respectfully requests the Court grant summary judgment on the grounds enumerated.

Respectfully submitted,

*s/ Theodore J. Folkman*
Theodore J. Folkman (admitted pro hac vice)
HANIFY & KING, P.C.
One Beacon St.
Boston, Mass. 02108
(617) 423-0400
tjf@hanify.com

*s/William P. Gibbens*
William P. Gibbens (La. Bar # 27225)
SCHONEKAS, WINSBERG, EVANS &
MCGOEY, L.L.C.
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
(504) 680-6050
billy@swemlaw.com

*s/ Edward A. Pennington*
Edward A. Pennington (admitted pro hac vice)
HANIFY & KING, P.C.
1875 K Street, N.W.
Washington, D.C. 20006
(202) 403-2100
eap@hanify.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2009 I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Stephen G. Bullock**, sbullock@stonepigman.com
**Barry W. Ashe**, bashe@stonepigman.com
**Mary S. Bubbett**, mjackson@stonepigman.com
**Matthew B. Lowrie**, mlowrie@ll-a.com
**Robert J. Silverman**, rsilverman@ll-a.com

I further certify that on July 9, 2009 I mailed the foregoing document and the notice of electronic filing by placing same in the United States mail, postage prepaid and properly addressed, to the following non-CM/ECF participants:

**John Welch**
**Lando & Anastasi, LLP**
**Riverfront Office Park**
**One Main Street - 11th Floor**
**Cambridge, MA 02142**

*s/William P. Gibbens*
WILLIAM P. GIBBENS