UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| INNOVENTION TOYS LLC | CIVIL ACTION |
| VERSUS | NO: 07-6510 |
| MGA ENTERTAINMENT, INC. ET AL | SECTION: MLCF-ALC |

ATTACHMENTS TO DOCUMENT NO. 133

    DESCRIPTION: Sealed Documents

    FILED BY:   Matthew B. Lowrie and Robert J. Silverman

    FILE DATE:   7/13/2009

ARE LOCATED IN THE CLERK'S OFFICE.