- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INNOVENTION TOYS, LLC<br><br>        Plaintiff<br><br>v.<br><br>MGA ENTERTAINMENT, INC.,<br>WAL-MART STORES, INC. and<br>TOYS "R" US, INC.<br><br>        Defendants. | CIVIL ACTION NO. 07-06510<br><br>SECTION F<br>JUDGE FELDMAN<br>MAG. DIV. 5 JUDGE CHASEZ |

**NOTICE OF MANUAL ATTACHMENT**

Innovention Toys, LLC ("Innovention") manually attaches Pages 207-210 of the Confidential Videotaped Deposition of Ami Nadav Shapiro, *In Camera* and Under Seal, as Exhibit 5 to the Affidavit of Thomas P. McNulty offered in support of Innovention's Opposition to Motion for Summary Judgment of Non-Infringement.

969527v.1