## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**INNOVENTION TOYS, LLC,**  **CIVIL ACTION**
    **Plaintiff**

**VERSUS**  **No. 07-6510**

**MGA ENTERTAINMENT, INC., et al.,**  **SECTION "E"**
    **Defendants**

### ORDER

Before the Court is the joint motion for a post-trial briefing schedule filed by Plaintiff, Innovention Toys, LLC ("Plaintiff"), and Defendants, MGA Entertainment, Inc., Wal-Mart Stores, Inc., and Toys "R" Us, Inc. (collectively, "Defendants").[1] The Court **GRANTS** the motion as set forth below.

With respect to all issues that the Court must resolve before entry of a final judgment, opening memoranda shall be filed no later than **Monday, December 10, 2012,** and shall be no longer than **thirty (30) pages**. Memoranda in response shall be filed no later than **Friday, December 21, 2012**, and shall be no longer than **thirty (30) pages**.

As the motion indicates that the parties intend to file post-judgment briefing, the Court hereby provides notice that it will entertain only one post-judgment motion from Plaintiff and one post-judgment motion from Defendants. Accordingly, the parties must present all requests for post-judgment relief in these motions. Post-judgment motions shall be no longer than **thirty (30) pages**, memoranda in opposition shall be no longer than **thirty (3o) pages,** and reply memoranda, if any, shall be no longer than **twenty (20)**

---

[1] R. Doc. 580.

1

**pages**. Briefing deadlines and the hearing date for such motions shall be set by subsequent order.

The page limits set forth herein will be strictly enforced. Any argument that is not explicitly articulated within the briefing page limits will be disregarded. Any supporting documentation shall be for corroboration purposes only and shall not be used as a vehicle for circumventing the Court's page limits. All references to the record must include page and line citations, as well as the relevant testimony or exhibit language on which the party relies.

**IT IS SO ORDERED**.

**New Orleans, Louisiana, this** 26th **day of November, 2012.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**