UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INNOVENTION TOYS, LLC,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | No. 07-6510 |
| MGA ENTERTAINMENT, INC., et al.,<br>    Defendants | SECTION "E" |

### ORDER

This case was filed on October 5, 2007.[1] The Court entered a final judgment on May 7, 2014.[2] Now the parties agree that execution of judgment should be stayed pending resolution of post-judgment motions and appeal but disagree regarding the amount Defendant MGA should deposit with the Court as security.

MGA wants to deposit the amount of the judgment plus one year of post-judgment interest at 0.10%.[3] Innovention wants MGA to deposit the amount of the judgment plus 20%, citing Local Rule 62.2.[4]

The Court has authority to stay execution of judgment pending resolution of post-judgment motions, and to stay execution pending appeal if the appellant files a supersedeas bond. Fed. R. Civ. P. 62(b), (d). Local Rule 62.2 dictates "[a] supersedeas bond staying execution of a money judgment must be in the amount of the judgment plus 20% of that amount to cover interest, cost and any damages award, unless the court directs otherwise."

---

[1] R. Doc. 1.

[2] R. Doc. 690.

[3] R. Doc. 692-1 at 2.

[4] R. Doc.

1

Depositing an amount in the registry of the Court is the "functional equivalent of a supersedeas bond." *Feldman v. Philadelphia Hous. Auth.,* No. 91-5861, 1994 WL 46514, at *3 (E.D. Pa. Feb. 16, 1994).  The Court can identify no cause to depart from Local Rule 62.2.

Accordingly, MGA may deposit into the registry of the Court the amount of the judgment ($6,868,027.58) plus 20% ($1,373,605.52), for a total of $8,241,633.10.  The check in that amount should made payable to "Clerk U.S. District Court."  Upon deposit of that amount, execution of the Judgment shall be stayed pending resolution of post-judgment proceedings and any appeals.   Disbursement of the fund held in the registry of the Court shall be made only by an order of the Court on motion filed by either party pursuant to Local Rule 67.3.

**New Orleans, Louisiana, this 5th day of June, 2014.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**